IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUDY D. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-284 |
| | § | |
| ALIXA-RX, LORRAINE DYER, | § | |
| and KELLY SIMPSON, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants state that Alixa Rx LLC is a direct subsidiary of Marina Pharmacy Corp. There is no publicly held entity that owns ten percent (10%) or more of its stock.

Dated: April 9, 2021

                                              Respectfully submitted,

                                              By:   */s/ Kristin Snyder Higgins*
                                                      KRISTIN SNYDER HIGGINS
                                                      Texas State Bar No. 24046880
                                                      kristin.higgins@ogletree.com
                                                      JAMIE ASHTON
                                                      Texas State Bar No. 24087211
                                                      jamie.ashton@ogletree.com

                                              **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
                                              8117 Preston Road, Suite 500
                                              Dallas, Texas  75225
                                              (214) 987-3800 (Phone)
                                              (214) 987-3927 (Fax)

                                              **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that on April 9, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the electronic system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

                                              */s/ Kristin Snyder Higgins*
                                              KRISTIN SNYDER HIGGINS

46694329.1