# **TABLE OF CONTENTS**

1. TAB ONE_____NOTICE OF REMOVAL

2. AMENDED COMPLAINT_____PAGES 1-20

3. EXHIBIT A _____POLICIES AND RULES

4. EXHIBIT B_____EVIDENCE PERTAINING
   TO CALLING MEDICAID PATIENTS

5. EXHIBIT C_____DEFENDANT'S
   VIOLATION OF RULE 1.28

6. EXHIBIT D_____RETALIATION AGAINST
   PLAINTIFF

7. EXHIBIT E_____HOLD NOTICE TO DEF

8. EXHIBIT F_____TEXAS PENAL CODE
   37.09 VIOLATIONS

9. EXHIBIT G_____DEFENDANT'S
   VIOLATION OF CEASE AND
   DESIST REQUEST