# EXHIBIT C



Thank you,

**Judy D. Brown**
Collections Specialist
6400 Pinecrest Drive, Suite 200, Plano, TX 75024
t: 214-778-0373  e: judy.brown@alixarx.com

**From:** Brown, Judy
**Sent:** Wednesday, February 17, 2021 2:11 PM
**To:** Helpdesk <Helpdesk@alixarx.com>
**Cc:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Subject:** COMPUTER ISSUES

My computer is popping up windows and I can't open my task bar like Framework and Accpac....even having issues signing in on my timesheet and sending emails. This just started late yesterday afternoon. My home computer is not having any issues and I still have power in my home. Please advise

Thank you,

**Judy D. Brown**
Collections Specialist
6400 Pinecrest Drive, Suite 200, Plano, TX 75024
t: 214-778-0373  e: judy.brown@alixarx.com

Please consider the environment before printing this e-mail.

Fed Ex customer service phone number

← Back   Archive   Move   Delete   Spam

Judy D. Brown
Collections Specialist
6400 Pinecrest Drive, Suite 200, Plano, TX 75024
t: 214-778-0373   e: judy.brown@elixarx.com

-----Original Message-----
From: Simpson, Kelly
Sent: Monday, February 15, 2021 5:07 PM
To: Brown, Judy <judy.brown@elixarx.com>
Subject: Re: Worked accounts

Unfortunately I have not had the means to do much today since I have no power still. Thanks for being so corporative.

Thank you,
Kelly Simpson
832-233-5883

> On Feb 15, 2021, at 4:04 PM, Brown, Judy <judy.brown@elixarx.com> wrote:
>
> I wish you had told me that this morning instead of at the last minute
>
> Thank you,
>
>
>
>
> Judy D. Brown
> Collections Specialist
> 6400 Pinecrest Drive, Suite 200, Plano, TX 75024
> t: 214-778-0373   e: judy.brown@elixarx.com
>
>
>
> -----Original Message-----
> From: Simpson, Kelly
> Sent: Monday, February 15, 2021 5:03 PM
> To: Brown, Judy <judy.brown@elixarx.com>
> Subject: Re: Worked accounts
>
> Judy,
>
> All employees who work from home have to create a list of their work days. It does not have anything to do with me questioning your work. The call I received from the KCTY hub was someone calling in to pay their invoice since no one was answering the 800 number. Please create the list and send it to me, if you need the next 30 minutes to do so, that is fine.
>
> Thank you,
> Kelly Simpson
> 832-233-5883
>
>> On Feb 15, 2021, at 3:59 PM, Brown, Judy <judy.brown@elixarx.com> wrote:
>>
>> I will have to do it with a list, don't have the time to create an excel spreadsheet, you know I don't have the knowledge that Manuela does
>>
>> Thank you



right now with all of the outages going on around town.

**From:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Sent:** Wednesday, February 17, 2021 2:23 PM
**To:** Setter, Daniel <daniel.setter@alixarx.com>
**Cc:** Baca-Wilson, Manuela <manuela.baca-wilson@alixarx.com>; Brown, Judy <judy.brown@alixarx.c
**Subject:** Re: Checking in

Dan,

Manuela has not had any issues other than it going a bit slow. Judy has put in the helpdesk ticket, I bel due to the network going slower than normal. Thanks for checking in Dan!

Thank you,

Kelly Simpson

832-233-5883

On Feb 17, 2021, at 2:20 PM, Setter, Daniel <daniel.setter@alixarx.com> wrote:

Checking to see if your laptops are working Manuella and Judy and if you are connected. You may be having many power and internet outages like I am, bι thought I would check on the laptops at home.

<image001.jpg>

**Dan Setter**

Sr. IT Ops Infrastructure Engineer, Tech Support Mgr.

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0377   m: 972-333-9176
e: daniel.setter@alixarx.com

Planned Out of Office Dates:

Mar 10, Mar 11

Mar 17, Mar 18

Please consider the environment before printing this e-mail.

CONFIDENTIAL NOTICE: This e-mail message and any attachment(s) (collectively, this 'Email') are int



**From:** Simpson, Kelly
**Sent:** Wednesday, February 17, 2021 1:50 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** Re:

It maybe your network. No one else is having issues like this.

Thank you,

Kelly Simpson

832-233-5883

On Feb 17, 2021, at 12:47 PM, Brown, Judy <judy.brown@alixarx.com> wrote:

Kelly, it just seems to be getting worst, I can't open my spreadsheet, framework or any other win keep getting these pop up windows like I sent you. I don't think I am doing anything different tha months since I started....anything we can do....

Thank you,

<image001.jpg>       **Judy D. Brown**

Collections Specialist

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373  e: judy.brown@alixarx.com

**From:** Simpson, Kelly
**Sent:** Wednesday, February 17, 2021 1:44 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** Re:

I will do that.



6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373  e: judy.brown@alixarx.com

**From:** Simpson, Kelly
**Sent:** Thursday, February 18, 2021 4:31 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** RE: Call Backs

What do you mean the system locked up? I have had no issues with PayerExpress today.

Thank you,

**Kelly Simpson**
Collections Supervisor

alixaRx

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

o: 214-778-0353  m: 832-233-5883
e: Kelly.Simpson@alixarx.com

**From:** Brown, Judy <judy.brown@alixarx.com>
**Sent:** Thursday, February 18, 2021 3:30 PM
**To:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Subject:** RE: Call Backs

I am still having some issues with Express Pay, tried to do a couple this morning and the system locked up....I have asked them if I could give them a call back when I return to the office and they said that was OK

Thank you,

alixaRx

**Judy D. Brown**
Collections Specialist

**Brown, Judy**

| | |
|---|---|
| **From:** | Brown, Judy |
| **Sent:** | Friday, March 5, 2021 8:58 AM |
| **To:** | 'jd.brown2017@yahoo.com' |
| **Subject:** | FW: Accounts Worked |

Thank you,



**Judy D. Brown**
Collections Specialist
[address illegible]
[phone illegible] e: judy.brown@alixarx.com

**From:** Brown, Judy
**Sent:** Tuesday, February 16, 2021 10:40 AM
**To:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Subject:** RE: Accounts Worked

It's not my fault you can't access the "S" drive and because of that I shouldn't have to do "double" work

Thank you,



**Judy D. Brown**
Collections Specialist
[address illegible]
[phone illegible] e: judy.brown@alixarx.com

**From:** Simpson, Kelly
**Sent:** Tuesday, February 16, 2021 10:25 AM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** RE: Accounts Worked

I need to know what exactly your workday looked like. The accounts you researched, called and spoke with anyone.

Thank you,



**Kelly Simpson**
Collections Supervisor
[address illegible]
[phone illegible] e: Kelly.Simpson@alixarx.com

1

# FW: Checking in

From: Brown, Judy (judy.brown@alixarx.com)
To: jd.brown2017@yahoo.com
Date: Monday, March 8, 2021, 02:23 PM CST

Thank you,



**Judy D. Brown**

Collections Specialist

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373  e: judy.brown@alixarx.com

**From:** Setter, Daniel
**Sent:** Monday, March 8, 2021 3:17 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** FW: Checking in

**From:** Setter, Daniel
**Sent:** Wednesday, February 17, 2021 4:09 PM
**To:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Cc:** Brown, Judy <judy.brown@alixarx.com>
**Subject:** RE: Checking in

Kelly,

I've connected to Judy's home laptop to run diagnostics and assess the situation.

Her network speed is blazing at 700 download and 250 upload, it is not network speed. The CPU and memory on her laptop look great, at a 30% threshold. I would worry if it was at 75% but nowhere near that so it is not a process or lack of horsepower on her laptop.

Judy is questioning some of the behavior of Excel icons and a new word doc and why certain things automatically launch and popups that hover over them. There is not much I can do from an IT perspective on that. I suggested that the nuances Judy is having with her icons and word docs that she reviews with you in person on Monday. In the meantime I suggested that Judy soldiers on. It has been a difficult week and all of us have to make do. It has not been perfect.



**Dan Setter**

Sr. IT Ops Infrastructure Engineer, Tech Support Mgr.

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0377   m: 972-333-9176
e: daniel.setter@alixarx.com

Planned Out of Office Dates:

Mar 10, Mar 11

Mar 17, Mar 18

**From:** Brown, Judy <judy.brown@alixarx.com>
**Sent:** Wednesday, February 17, 2021 2:36 PM
**To:** Setter, Daniel <daniel.setter@alixarx.com>
**Subject:** RE: Checking in

I should also add I worked from home for a time with SBA and had no issues with their laptop I set up with Froniter

Thank you,