# EXHIBIT D

**From:** Brown, Judy <judy.brown@alixarx.com>
**Sent:** Wednesday, March 31, 2021 8:09 AM
**To:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Cc:** Brown, Scott <scott.brown@alixarx.com>; Hayden, Bruce <bruce.hayden@alixarx.com>; Wachi, Cydney <cydney.wachi@alixarx.com>; Savage, Brad <savage@alixarx.com>; AlixaRx Legal Department <legal@alixarx.com>
**Subject:** RE: Visiting time

I decided to wait a couple days to reply to your email to see if this same demand had applied to other employees in the company which it seems it has not.

I have noticed that there are still people coming to cubicles to make "personal" chit chat as well as work related conversations that could be handled over the phone including yourself and Lorraine.

I consider this demand to stay at my desk a form of retaliation and Harassment as well as a possible violation under the ADA because of the Neuropathy I suffer in my feet.

I have copied Legal because of the "Legal Hold Notice" that was sent to me and consider this to be one of those documents.

I have also noticed since the 25th of March that the MNEA billing line is not ringing to my desk and not even displayed on my phone but yet I can hear you put up the phone and say "go away, transfer the call"

If this is an oversite, please respectfully correct it and if not then it is dually noted into the record.

Lastly, I am sure you have some sort of list of accounts that I worked this month, if you could send those over to me so I can compare that with the payments I have notated.

Your attention to this matter is greatly appreciated.

Thank you,

**From:** Simpson, Kelly
**Sent:** Wednesday, March 31, 2021 5:56 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Cc:** Brown, Scott <scott.brown@alixarx.com>; Hayden, Bruce <bruce.hayden@alixarx.com>; Wachi, Cydney <cydney.wachi@alixarx.com>; Savage, Brad <savage@alixarx.com>; AlixaRx Legal Department <legal@alixarx.com>
**Subject:** RE: Visiting time

Judy,

I'm sorry if you feel that this email was directed toward you, however, when I receive feedback that one of my team members is disrupting the effectiveness of another department I do need to address this issue with my team and take action to correct the situation. I am not able to control other departments or what their team members do, but if someone is bothering your work environment or productivity please let me know and I will address your concern with their supervisor accordingly.

As far as the MNEA billing line, I was able to confirm that they seem to be calling you directly. The last call from the billing line was this morning at 9:42AM, I have filtered the Mitel report for the last 7 days to verify. I think you may have misheard when I tell someone to transfer a call directly to me, I usually say "go ahead and transfer" the call once I get an account number. Can you give me a little more clarity on what you heard, is this when you are directly transferring a call to me or is this when someone else transfers a call to me?

I have attached the list of accounts you have worked this month. We did change the way we are tracking worked accounts on 3/15/21 which seems to be more effective for our department.

Thank you,



**Kelly Simpson**
Collections Supervisor

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

o: 214-778-0353   m: 832-233-5883
e: Kelly.Simpson@alixarx.com

**From:** Brown, Judy <judy.brown@alixarx.com>
**Sent:** Wednesday, March 31, 2021 8:09 AM
**To:** Simpson, Kelly <kelly.simpson@alixarx.com>
**Cc:** Brown, Scott <scott.brown@alixarx.com>; Hayden, Bruce <bruce.hayden@alixarx.com>; Wachi, Cydney <cydney.wachi@alixarx.com>; Savage, Brad <savage@alixarx.com>; AlixaRx Legal Department <legal@alixarx.com>
**Subject:** RE: Visiting time

Agent Performance Overview (detail)
Report generated for Wed, 31 Mar 2021 15:01:17 GMT at Wed, 31 Mar 2021 15:02:44 GMT
Company name: AlixaRx
Requested by kelly.simpson@alixarx.com
Call Date/Time btwn Wednesday, March 24, 2021 12:00:00 AM, Wednesday, March 31, 2021 11:59:59 PM
Party Name in Judy Brown

*[handwritten: a comma is not 7 days]*

| Call Date/Time | Extension | Party Name | Workgroup Extension | Workgroup Name |
|---|---|---|---|---|
| 2021-03-24 3:16:58 PM | 1373 | Judy Brown | n/a | n/a |
| 2021-03-31 9:40:18 AM | 1373 | Judy Brown | n/a | n/a |
| 2021-03-31 9:42:01 AM | 1373 | Judy Brown | n/a | n/a |

*[handwritten: Report only covers 2 days, March 24 when phone was turned off and March 31st when it was turned back on]*

# Payment Status Details (As of 3/29/2021 12:35:52 PM ET)

## PAYMENT AMOUNT $154.90

Name
Alixarx

Account
4K4073982

Email
kelly.simpson@alixarx.com

Confirmation #
3118079582

Customer Phone
2147780353

Payment Account
US BANK NA *****0117

| Date | Time | Event | Status |
|---|---|---|---|
| **Payment Request** | | | |
| 3/26/2021 | 3:21:03 PM ET | ACH-TEL-CSROneTime Payment Request Initiated for $154.90 | Initiated |
| **Payment Processing** | | | |
| 3/26/2021 | 3:21:03 PM ET | ACH-TEL-CSROneTime Payment Request Initiated for $154.90 | Initiated |
| 3/26/2021 | 3:21:03 PM ET | Payment Sent for Processing | Processing |
| 3/29/2021 | 12:01:31 PM ET | Payment Completed | Paid |
| **Payment Notification Processing** | | | |
| **Email Processing** | | | |
| 3/26/2021 | 3:21:03 PM ET | Receipt e-mail to customer. E-mail Sent to: kelly.simpson@alixarx.com | Sent |

Show Bills Paid