# EXHIBIT E

FROM:   JUDY D. BROWN

DATE:   MARCH 31ST 2021
CASE#   219-01375-2021

RE:   **LITIGATION HOLD NOTICE LETTER**

Notice to Preserve Information and to Prevent Deletion or Destruction of Emails and other Electronic and Paper Files.

The Company has been sued by **JUDY D BROWN** as the Plaintiff in this action and as such can be expected to allege the following wrongful acts by the Company ALIXARX and Employees Lorraine Dyer and Kelly Simpson.

COUNT ONE:    Violations of the Equal Pay Act of 1963
COUNT TWO:    Violations of the Company's Policies and Rules
COUNT THREE:  Fraudulent Inducement of Employment
COUNT FOUR:   Hostile Work Environment
COUNT FIVE:   Defamation of Character and Harassment

Pursuant to the rules of the Court, the Company is required to take all reasonable steps to identify all hard copy and digitally maintained files, ie: electronic records, emails, notices, and paper documents that contain information that may be relevant to the case. These records that must be maintained include, but are not limited to: electronic mail; electronic files of all types, Microsoft, Excel, Adobe; recordings of telephone calls or meetings; voicemail message; video tapes, and audio tapes. Failure to do so could result in sanctions being issued by the Court that could seriously harm your ability to defend the case.

Therefore; it is imperative that you take all reasonable steps to preserve the automatic intentional or accidental destruction of this information and data, including attorney-client privileged communications. You must **IMMEDIATELY HALT** all routine housekeeping or deletion efforts that could modify or destroy all electronic records/electronically stored information and hard copy documents, including records that may have been generated on your home computer and handheld devices that involve the following:

1. Any and all communications between Orion Staffing and the Defendant involving the posting of the position of COLLECTIONS SPECIALIST 1.
2. Any and all communications between Orion Staffing and the Defendant as to the rate of pay the Defendant was willing to offer.
3. Any and all documents as to the offer of employment and the rate of pay first offered to Manuela Wilson.
4. The date the Defendant created a new job description to support the rate of pay offered to MsWilson..
5. The new job description for Ms. Wilson
6. Records of past employees under the Supervision of Defendant Dyer
7. Any and all documents as to the experience of Defendants Dyer and Simpson as a Collector.
8. Any and all documents supporting the reason Defendant decided to mail past due invoices to Medicaid patients
9. Documented notes on discussions between Simon Wong and the Administrator for the facilities where Medicaid patients were receiving past due invoices.

10. Notes, emails, electronic mailings or contracts researched on the Defendant's knowledge of sending statements to Medicaid patients

11. Any documents or contracts stating the violations or penalties for contacting Medicaid patients for money

12. Any and all licenses or other documents regarding compliance with the laws of the State or Federal government

13. Per Plaintiff's understanding of Medicaid Billing under Beneficiaries

### **ACCEPTANCE AND AGREEMENT**

**A provider may charge a Medicaid beneficiary, including a Medicaid or FHPlus beneficiary enrolled in a managed care plan, only when both parties have agreed prior to the rendering of the service that the beneficiary is being seen as a "private pay"**

**This agreement must be mutual and voluntary. It is suggested that providers keep the beneficiary's signed consent to be seen as a private pay patient on file.**

Please make sure these "consent" forms are intact and available when requested.

14  Any and all documents as to notification to IT to resolve the issue of Plaintiff's phone displaying "Spam"

15  Any and all documents regarding discussions from Defendant Lorraine Dyer to HR pertaining to their conversations with Orion on her rate of pay, both in January and March of 2021

16  Any and all emails between the Defendant Kelly Simpson and the Plaintiff the week of February 15th.

17. Any and all documents or notes in contacting the State or County Reps after Plaintiff had informed Defendant of calls she had received pertaining to violations of laws

18. Any and all documents pertaining to payments Defendant Simpson has taken on Plaintiff's accounts since February 15.

Be further advised that any new hard copy or electronic records received or created after the date of delivery of this notice that are relevant to this matter are not to be destroyed and you must take the appropriate steps to avoid the destruction of such documents.

Please preserve all electronic records in the form in which they currently exist until further notice. **IT IS IMPERATIVE THAT YOU RETAIN THE DOCUMENTS IN THEIR ORIGINAL ELECTRONIC FORM.** It is not sufficient to print electronic records and retain paper copies.

Other information may be identified as our investigation of the matter continues as well as a Motion of Discovery or Subpoena will be filed with the Court once a reply has been entered.

Please return a signed copy of this notice letter prior to April 15th, 2021 indicating that you have received it and understand the instructions that you have received. If you have any questions, please contact me at 682-701-9471 or jd.brown2017@yahoo.com. Please also note that the Company's obligation is ongoing and you should not delete or modify these files until you receive written notice from me that I am no longer under a duty imposed by the Court to preserve these records.

The Company will exercise all reasonable methods to protect the privacy of the preserved data. The Purpose of the litigation hold notice is to comply with federal law. It is not intended to and should not suggest any assessment of the merits of Plaintiff's claim.

I understand that these requirements may create a burden for you and I am prepared to discuss with you any questions or concerns that you may have. I appreciate your cooperation in this matter.

**I UNDERSTAND AND RECEIVE OF THIS LITIGATION HOLD NOTICE THAT I HAVE AN AFFIRMATIVE OBLIGATION TO COMPLY WITH THE DIRECTIVES SET FORTH HEREIN.**

_____

Company Name

_____

Employee Name                          Date: _____

_____