# EXHIBIT F

o: 214.778.0300 | e: frederica.pedroso@alixarx.com



**Planned Out of Office Dates:**

**None**

**From:** Crowder, Mike CORP - IT <mike.crowder@alixarx.com>
**Sent:** Tuesday, April 6, 2021 10:22 AM
**To:** Baca-Wilson, Manuela <manuela.baca-wilson@alixarx.com>; Brown, Judy <judy.brown@alixarx.com>; Brucker, Gregory <gregory.brucker@alixarx.com>; Cox, Lisa <lisa.cox@alixarx.com>; Hayden, Bruce <bruce.hayden@alixarx.com>; Lindsey, Aisha <aisha.lindsey@alixarx.com>; Savage, Brad <savage@alixarx.com>; Simpson, Kelly <kelly.simpson@alixarx.com>; Stewart, Amanda <amanda.stewart2@alixarx.com>; Wood, Sam <sam.wood@alixarx.com>; Wong, Simon <simon.wong@alixarx.com>
**Cc:** Pedroso, Frederica <frederica.pedroso@alixarx.com>; IT Engineering <ITEngineering@alixarx.com>
**Subject:** Weekend Email Retention Issue (Your action is required please)

Good morning,

I am sending you this email today because you were impacted by an issue that occurred with our email system over the weekend. Each of you are Legal Hold (Permanent) Email Retention policies due to ongoing legal matters and **because your action is required.** Below is the issue:

On Saturday 04/03 about 3:49 PM, several people in the email retention category of Legal Hold were impacted by a policy corruption in the NexusTek Account Provisioning Tool (NOTE: This is not something AlixaRx IT manages, the issue was purely with our hosting provider, NexusTek). This policy corruption caused several people's email retention to change to our standard policy of 60 days retention for inbox and 6 months for subsequent folders. The retention policy corruption issue has been corrected; however, **you need to recover any deleted emails as soon as possible.**

**Freddi (copied on this email) sent a document yesterday to all of you on how to recover these deleted emails. If you need assistance with the recovery of your emails, please email Freddi directly and she will set a time to assist you (it may take a few days for her to get to all of you, due to the time required and the fact she supports all AlixaRx Employees. NOTE: If Freddi can't get to all of you by late in the week, I will ensure others from my team can pitch in and wrap this up.**

NOTE: Please exclude me from replies and please don't reply all, If you need assistance, please email Freddi directly. I will work directly with Freddi on this project and track results.