# EXHIBIT G

**From:** Brown, Judy <judy.brown@alixarx.com>
**Sent:** Thursday, April 1, 2021 8:05 AM
**To:** AlixaRx Legal Department <legal@alixarx.com>; Brown, Scott <scott.brown@alixarx.com>; Hayden, Bruce <bruce.hayden@alixarx.com>; Savage, Brad <savage@alixarx.com>; Wachi, Cydney <cydney.wachi@alixarx.com>
**Subject:** CEASE AND DESIST

Yesterday the 31st of March I received a call from Amanda Stewart, a member of your compliance team in wanting to have a meeting with me regarding calling Medicaid patients for money with defendants Simpson and Dyer.

Because this issue has already been addressed by the Plaintiff in January where Defendant Dyer told the Plaintiff when she brought this to her "That's your job" and again in her response letter to HR and Upper Management roughly 2 weeks before she filed her civil action that this is now an issue for a Court to Decide.

I would have thought that your attorney would have advised you to have no such meeting without their presences as well as a court reporter.

If you wish to have any future discussions with me as the Plaintiff, please do so with the presence of your attorney as well as a court reporter so that it may be entered into the record.

Thank you,

**Judy D. Brown**

Collections Specialist

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373  e: judy.brown@alixarx.com

**From:** Brown, Judy
**Sent:** Monday, April 5, 2021 12:00 PM
**To:** Wachi, Cydney <cydney.wachi@alixarx.com>
**Cc:** Brown, Scott <scott.brown@alixarx.com>
**Subject:** RE: CEASE AND DESIST

As I stated to you before, contacting Medicaid patients for money is part of the pending lawsuit because I believe the company not only violated the law but as well violated company policy in putting me at risk of such violations.

I am not going to meet with anyone because of the retaliation that is going on....my phone was turned off on the 24th of March shortly after you received service then not more than a half hour later after I sent an email to Kelly it was turned back on.....a detailed MTEL history will support this.

I have already informed you of the issue of being requested to stay at my desk, now after 6 months of working here this is now an issue, I work at my desk, you can hear me on the phone all day long while others are going around chit chatting about sports, politics and other non related work subjects.

You all knew when you generated these invoices that you were violating the law which I believe is in your contract, which is one of the documents for legal hold and once a hearing date is set I plan to subpoena for these same records.

Thank you,

**Judy D. Brown**

Collections Specialist

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373   e: judy.brown@alixarx.com

**From:** Ashton, Jamie B. [mailto:jamie.ashton@ogletree.com]
**Sent:** Monday, April 5, 2021 3:02 PM
**To:** Brown, Judy <judy.brown@alixarx.com>
**Cc:** Higgins, Kristin Snyder <kristin.higgins@ogletreedeakins.com>
**Subject:** RE: CEASE AND DESIST [ODNSS-OGL.078339.000002]

*External Email – Please use caution before opening attachments or clicking links*

Judy,

Thank you for your email. As you are aware, Kristin and I are attorneys representing Alixa-Rx, Ms. Simpson, and Ms. Dyer in your pending lawsuit. Please direct any and all communications regarding your lawsuit to us directly, without going through Alixa-Rx employees or staff. We are in receipt of your complaint and we will respond accordingly.

The e-mail you forwarded below appears to be a workplace issue; not one involving your lawsuit. We are aware you made certain allegations concerning alleged illegal or inappropriate conduct in your complaint, and as I mentioned above, we will respond and litigate that issue. In the meantime, any other workplace investigations or workplace complaints are outside of our purview and instead will be handled according to your employer's policies and procedures, as you are a current employee of Alixa-Rx.

If you have questions or comments about your lawsuit, please let us know. Otherwise, we encourage you to contact Alixa-Rx human resources or your supervisor.

Thanks,

Jamie

**Jamie B. Ashton | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-624-1160 | Fax: 214-987-3927
jamie.ashton@ogletree.com | www.ogletree.com | Bio

From: Brown, Judy
Sent: Monday, April 5, 2021 4:35 PM
To: 'Ashton, Jamie B.' <jamie.ashton@ogletree.com>
Cc: Higgins, Kristin Snyder <kristin.higgins@ogletreedeakins.com>
Subject: RE: CEASE AND DESIST [ODNSS-OGL.078339.000002]

Ladies I would also suggest you read my cease and desist email where I stated this issue was discussed with Mrs Dyer and Mrs Simpson in early January when I brought my concerns on calling these patients and Lorraine told me that's my job.

I also sent a response to the verbal counselling shortly thereafter addressing these same issues and I never got a reply back until I filed my complaint.

Now as I have stated, yes I am an employee of this company but I am also representing myself in a legal action against them for violations of their rules and procedures and this push to get me involved in a conversation where retaliations are taking place will not happen and if this "push" continues I will file a motion to the Court for an order to be issued to legally get them to cease and desist

Thank you,

**Judy D. Brown**

Collections Specialist

6400 Pinecrest Drive, Suite 200, Plano, TX 75024

t: 214-778-0373   e: judy.brown@alixarx.com