

JUDY D BROWN
770 Fairway Drive, #1313
COPPELL, TEXAS 75019



7020 0640 0000 9669 0906

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



UNITED STATES
POSTAL SERVICE®

1006



75090

United States District
Court

For The Eastern District
of Texas

101 East Pecan St
Sherman, TX 75090

Alln Clark