**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JUDY D. BROWN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00284-ALM-CAN |
| v. | § | |
| | § | |
| ALIXA-RX, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER DIRECTING EXPEDITED RESPONSE AND SETTING HEARING**

On April 29, 2021, Defendants Alixa Rx, LLC, Lorraine Dyer, and Kelly Simpson ("Defendants") filed an "Emergency Motion for Protective Order Regarding HIPAA-Sensitive Documents" ("Emergency Motion") [Dkt. 15]. Plaintiff Judy D. Brown shall file a response to the Emergency Motion no later than *5:00 p.m.* on *Wednesday, May 5, 2021*, or notify the Court that there is no opposition to the Emergency Motion. Defendants shall file any reply to Plaintiff Judy D. Brown's response, if at all, no later than *Thursday, May 6, 2021, at 12:00 p.m.*

It is further **ORDERED** that an in-person hearing on this matter, the Emergency Motion, is set before United States Magistrate Judge Christine A. Nowak, United States Courthouse Annex, 200 North Travis Street, Mezzanine Level, Sherman, Texas, on *Thursday, May 6, 2021, at 3:00 p.m.* To be clear, *pro se* Plaintiff Brown and counsel for Defendants shall appear in person.

Defendants are directed to provide a copy of this Order and the Emergency Motion to Plaintiff via email and mail, and to notify Plaintiff via telephone of the response deadline and hearing date. Defendants shall file a notice with proof of compliance with these directions no later than *Friday, April 30, 2021, at 5:00 p.m.*

IT IS SO ORDERED.    SIGNED this 29th day of April, 2021.

ORDER – Page Solo

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE