# EXHIBIT A

| | |
|---|---|
| **From:** | Redwine, BeLinda S. |
| **Sent:** | Thursday, April 29, 2021 10:47 AM |
| **To:** | Judy Brown |
| **Cc:** | Higgins, Kristin Snyder; Ashton, Jamie B.; Denny, Barbara J. |
| **Subject:** | Civil Action No. 4:21-cv-284 |
| **Attachments:** | 15 - Emergency Motion for Protective Order.pdf; 15-1 - Exhibit 1 to Emergency Motion for Protective Order.pdf; 15-2 - Exhibit 2 to Emergency Motion for Protective Order.pdf; 15-3 - Exhibit 3 to Emergency Motion for Protective Order.pdf; 15-4 - Exhibit 4 to Emergency Motion for Protective Order.pdf; 15-5 - Exhibit 5 to Emergency Motion for Protective Order.pdf; 15-6 - Exhibit 6 to Emergency Motion for Protective Order.pdf; 15-7 - Proposed Order Granting Motion for Protective Order.pdf; 16 - Response to Plaintiff's Motion to the Court Regarding Plaintiff's Possession of HIPPA-Sensitive Documents.pdf; 16-1 - Exhibit A to Response to Plaintiff's Motion to Court.pdf; 16-2 - Exhibit B to Response to Plaintiff's Motion to Court.pdf; 16-3 - Exhibit C to Response to Plaintiff's Motion to Court.pdf |

On behalf of Kristin Higgins, please see file-marked copies of the attached, filed today in connection with the above-referenced matter.  Copies of same are also being sent via Certified Mail, Return Receipt Requested.

Thank you.

**BeLinda S. Redwine | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-313-2903 | Fax: 214-987-3927
belinda.redwine@ogletree.com | www.ogletree.com

1

Judy D. Brown
770 Fairway Drive, Apt. 1313
Coppell, TX 75019

9314 8699 0430 0082 0731 32

3.60
0.00
1.75
0.00
0.51
5.86

Kristin Snyder Higgins
Ogletree Deakins
8117 Preston Road, suite 500
Dallas, TX 75225

Judy D. Brown
770 Fairway Drive, Apt. 1313
Coppell, TX 75019

Kristin Snyder Higgins
Ogletree Deakins
8117 Preston Road, suite 500
Dallas, TX 75225

Kristin Snyder Higgins
Ogletree Deakins
8117 Preston Road, suite 500
Dallas, TX 75225



**9314 8699 0430 0082 0731 32**
RETURN RECEIPT (ELECTRONIC)

# Please Discard