# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-40160
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

September 30, 2022

Lyle W. Cayce
Clerk

JUDY D. BROWN,

*Plaintiff—Appellant*,

*versus*

ALIXA-RX; LORRAINE DYER; KELLY SIMPSON,

*Defendants—Appellees*.

————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-284

————————————————

Before HIGGINBOTHAM, GRAVES, and HO, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Nov 08, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit